*Messrs. A. C. Huston* and *Geo. A. Dorris,* for appellant.

*Messrs. A. C. Woodcock* and *E. R. Skipworth,* for respondent.

No trial fee having been paid and no one appearing for appellant at the time set for hearing, the judgment was affirmed on motion of respondent.    No opinion.

AFFIRMED.

Decided 8 January, 1900.
### ZIMMERMAN *v.* BARLOW.

From Clackamas :  THOS. A. McBRIDE, Judge.

Action on account in Justice's Court, Clackamas County. Judgment for plaintiff.    Defendant appealed to circuit court.    Verdict for the defendant by direction of court. From this judgment, plaintiff takes this appeal.    Dismissed upon stipulation of parties.    No opinion.

DISMISSED.

Decided 19 February, 1900.
### WILHELM *v.* SMITH.

From Multnomah :  JOHN B. CLELAND, Judge.

This was a suit by Louis Wilhelm for an injunction to prevent Robert Smith and others from removing certain friezes, mouldings, panelings, dados, and tapestries from the classic Pantheon in Portland.    There was a decree for defendants, from which plaintiff appeals.

DISMISSED.

*Messrs. V. K. Strode* and *Fred R. Strong,* for appellants.

*Messrs. Cotton, Teal & Minor,* for respondent.

Pursuant to the written stipulation of the parties the appeal was dismissed.    No opinion.        DISMISSED.